```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07506
   MICHELLE QUINONES
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-3723
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/27/06 and confirmed on 08/18/06.

    2.  The case was dismissed after confirmation, 12/14/2007.

    3.  The Debtor paid a total of $   8400.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONTINENTAL FURNITURE | SECURED | 600.00 | 31.58 | 530.80 |
| OVERLAND BOND & INVESTME | SECURED | 14670.00 | 1355.09 | 4833.87 |
| ASPIRE VISA | UNSECURED | 1049.89 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BERWYN POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| CASH MART CORP | UNSECURED | 166.85 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 389.66 | .00 | .00 |
| HCS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 221.73 | .00 | .00 |
| SHORT TERM LOANS LLC | UNSECURED | 324.87 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15270.00 | .00 | 2153.00 | .00 | 17423.00 |
| PRINCIPAL PAID | 5364.67 | .00 | .00 | .00 | 5364.67 |
| INTEREST PAID | 1386.67 | .00 | .00 | .00 | 1386.67 |
| TOTAL PAID | 6751.34 | .00 | .00 | .00 | 6751.34 |

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $   3000.00
and was paid $   450.00   direct and $   1329.17   through the plan.

The Trustee received $    319.49 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE